IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT G. MILLER, | ) | 4:04CV3228 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 40 the withdrawal of the appearance by Defendant's attorney Eileen L. McBride is approved and the entry of appearance by Timothy P. Sullivan on behalf of Defendants is recognized and approved.

Dated this 10th day of June 2005.

BY THE COURT:

s/F.A. Gossett
United States Magistrate Judge

58-202-2