IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM G. MILLER, | ) | 4:04CV3228 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, et al., | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Filing 48 the withdrawal of the appearance by Defendants' attorney Stephanie A. Zeeb, #22994 is approved and the entry of appearance by David M. Handley, #22418 on behalf of Defendants is recognized and approved.

Dated this 1st day of March 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge