IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM G. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3228 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | ORDER |
| CORRECTIONAL SERVICES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion concerning the Rule 16 planning conference presently scheduled for July 13, 2006.  Therefore,

**IT IS ORDERED:**

1.  The July 13, 2006 Rule 16 planning conference is cancelled pending ruling on plaintiff's Motion to Dismiss (#62).

DATED this 5th day of July, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge