IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIOM G. MILLER, ) | |
| ) | |
| Plaintiff, ) | 4:04cv3228 |
| ) | |
| vs. ) | MEMORANDUM AND ORDER |
| ) | |
| NEBRASKA DEPARTMENT OF ) | |
| CORRECTIONAL SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on filing no. 62, the motion by the plaintiff, William G. Miller, for voluntary dismissal of the above-entitled case, without prejudice. Pursuant to Fed. R. Civ. P. 41(a), the motion is granted.

THEREFORE, IT IS ORDERED:

1. That filing no. 62 is granted, and the above-entitled case is dismissed, without prejudice, at the plaintiff's request;

2. That all other pending motions are denied as moot; and

3. That judgment will be entered accordingly.

July 14, 2006.          BY THE COURT

                        s/ *Richard G. Kopf*
                        United States District Judge